# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOEL JEANNITE,<br><br>    Plaintiff,<br><br>v.<br><br>MIKE VILLA,<br><br>    Defendant. | Civil Action No.<br>23-11995-MJJ |

## ORDER

**JOUN, D.J.**

On August 30, 2023, I denied without prejudice the *in forma pauperis* motion of *pro se* plaintiff Joel Jeannite. I ordered Mr. Jeannite to pay the $402 filing fee or file a renewed motion to proceed *in forma pauperis*. I stated that failure to do so within twenty-one days would result in dismissal of this action.

The deadline for complying with the filing fee order has passed without any response from Mr. Jeannite. Accordingly, I order that this action be dismissed for failure to pay the filing fee.

**So Ordered.**

/s/ Myong J. Joun
Myong J. Joun
United States District Judge

Dated: October 16, 2023